CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of August, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT to be served via first-class mail, postage prepaid, on the following:

    SMITH STAG, L.L.C.
    Stuart H. Smith
    Michael G. Stag
    Lloyd S. Jolibois, Jr.
    365 Canal Street, Suite 2850
    New Orleans, LA 70130

      The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

      Deponent is over the age of 18 years and not a party to this action.

      I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on August 15, 2007

                                                  /s/
                                            Sarah A. Binder