UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re Fosamax Products Liability    :
Litigation                                      1:06-md-1789 (JFK)
                                    :        ORDER
------------------------------------x            ┌──────────────────────────────
This Document Relates to:                        │ USDC SDNY
All Actions.                        :            │ DOCUMENT
------------------------------------x            │ ELECTRONICALLY FILED
                                                 │ DOC #: _____
JOHN F. KEENAN, United States District Judge:    │ DATE FILED:  9-9-08
                                                 └──────────────────────────────

        After considering the letters submitted by the parties,
the Court will not enter Merck's proposed order regarding cases
filed by Beatie and Osborn, LLP that involve less than three
continuous years of Fosamax use.  Whether or not Fosamax can cause
ONJ in anyone before three years of use remains an open question
that should be resolved uniformly on the basis of the scientific
evidence generated after a full opportunity for discovery.

        The parties are directed to agree upon and submit to the
Court by October 7, 2008 a case management order proposing: (1) a
schedule to complete all generic expert discovery in this MDL; and
(2) a schedule for summary judgment motions.  In the event that the
parties cannot reach agreement, by the same date each shall submit
its own proposal along with a letter brief in support of it, and
appear for a conference in Courtroom 20C on October 16, 2008 at
10:30 am.

SO ORDERED.

Dated:    New York, New York
          September 9, 2008

                                    _____
                                         JOHN F. KEENAN
                                    United States District Judge